**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRYAN CARN,

  Plaintiff,

v.                                   CASE NO.:  8:19-CV-02304-SDM-SPF

HALSTED FINANCIAL SERVICES, LLC,

  Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

    Plaintiff, BRYAN CARN, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Brian S Glass, General Counsel for Halsted Financial Services, LLC., 8001 Lincoln Avenue, Suite 500, Skokie, IL 60077 via the Court's CM/ECF on this 10th day of December, 2019.

                                              */s/ Octavio Gomez*
                                              Octavio Gomez, Esquire
                                              Florida Bar No.: 0338620
                                              Morgan & Morgan Tampa,  P.A.
                                              201 N. Franklin Street, Suite 700
                                              Tampa, Florida 33602
                                              Telephone: (813) 223-5505
                                              Facsimile: (813) 222-4797
                                              Primary Email: TGomez@ForThePeople.com
                                              Secondary Email: LDobbins@ForThePeople.com
                                              *Attorney for Plaintiff*