# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRYAN CARN,

  Plaintiff,                                         CASE NO.: 8:19-CV-02304-SDM-SPF

v.

HALSTED FINANCIAL SERVICES, LLC,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, BRYAN CARN, and the Defendant, HALSTED FINANCIAL SERVICES, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of January, 2020.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Ronald S. Canter* |
| Octavio Gomez, Esquire | Ronald S. Canter, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 335045 |
| Morgan & Morgan Tampa, P.A. | The Law Offices of Ronald S. Canter, LLC |
| 201 N. Franklin Street, Suite 700 | 200A Monroe Street, Suite 104 |
| Tampa, Florida 33602 | Rockville, Maryland 20850 |
| Telephone: (813) 223-5505 | Telephone: (301) 424-7490 |
| Facsimile: (813) 222-4797 | Facsimile: (301) 424-7470 |
| Primary Email: TGomez@ForThePeople.com | Email: rcanter@roncanterllc.com |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |