UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN CARN,

    Plaintiff,

v.                                         CASE NO. 8:19-cv-2304-T-23SPF

HALSTED FINANCIAL
SERVICES, LLC,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 18), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on January 23, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE